UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATCHISON TOPEKA & SANTA FE RAILWAY COMPANY,<br><br>              Plaintiff,<br><br>     v.<br><br>HERCULES INCORPORATED, et al.,<br><br>              Defendants. | 1:96-cv-5879 OWW DLB<br>(CONSOLIDATED SHAFTER CASES)<br><br>SUPPLEMENTAL SCHEDULING CONFERENCE ORDER<br><br>Further Scheduling Conference: 1/28/11 8:15 Ctrm. 3 |

A Scheduling Conference was held July 23, 2010. Plaintiff DTSC appeared by and through Sandra Goldberg, Esq., Deputy Attorney General. Plaintiff, Atchison Topeka & Santa Fe Railway Company, appeared by and through its attorney Barg Coffin Lewis & Trapp, LLP by Marc A. Zeppetello, Esq. The Dow Chemical Company appeared by and through its attorneys Wendel, Rosen, Black & Dean, LLP by Stephen McKae, Esq. Hercules Incorporated appeared by and through its attorneys McKenna, Long & Aldridge, LLP by Christian Volz, Esq. Marilyn Dietzel, Trustee for the Estate of Fred Bryant, appeared by and through her attorneys Scott Pearlman, Esq. Shell Oil Company appeared by and through its attorneys Lewis, Brisbois by Michael Johnson, Esq. The parties

1  presented a mutual request for a continuation of the stay through
2  and including January 24, 2011, with one exception.
3      The parties have requested that the Court enter its ruling
4  on the findings and recommendations issued by the Magistrate
5  Judge on February 17, 1999 (Doc. No. 275).
6      Pending motions, including BNSF's Motion for Discovery
7  Dispute with Hercules filed October 29, 1999, and Hercules's
8  Motion for Protective Order barring non-expert discovery
9  following scheduling order deadline; motion for order quashing
10 subpoena on E. Wayne Lemons, filed October 29, 1999, shall
11 continued to be stayed.
12     The stay presently in effect shall be and is hereby
13 continued through January 24, 2011.
14     A Scheduling Conference shall be held January 28, 2011, at
15 8:15 a.m. in Courtroom 3.  The parties may appear telephonically.
16 The parties shall file a Joint Status Report at least five days
17 prior to the January 28, 2011 Scheduling Conference.
18
19 IT IS SO ORDERED.
20 Dated:   July 23, 2010            /s/ Oliver W. Wanger
                                    UNITED STATES DISTRICT JUDGE