JOHN F. BARG (State Bar No. 60230)
(jfb@bcltlaw.com)
MARC A. ZEPPETELLO (State Bar No. 121185)
(maz@bcltlaw.com)
BARG COFFIN LEWIS & TRAPP, LLP
350 California Street, 22nd Floor
San Francisco, California 94104-1435
Telephone: (415) 228-5400

Attorneys for BNSF RAILWAY COMPANY,
as successor to THE ATCHISON, TOPEKA & SANTA FE
RAILWAY COMPANY

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ATCHISON, TOPEKA & SANTA FE RAILWAY COMPANY, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>HERCULES INCORPORATED, et al.,<br><br>Defendants. | Case No.: 1:96-cv-05879 OWW/DLB (CONSOLIDATED SHAFTER CASES)<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Fed. R. Civ. Proc. 41(a)(2)<br><br>Trial Date: None |

This stipulation is entered into by and between BNSF Railway Company, as successor to The Atchison, Topeka & Santa Fe Railway Company ("BNSF"), and Marilyn M. Dietzel, Trustee, as successor of the Estate of Fred R. Bryant ("Dietzel"), through their respective counsel.

BNSF and Dietzel request that each and every claim or cause of action between them in this case be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2), and hereby stipulate that each party shall bear its own costs and attorneys' fees incurred in connection with this case.

DATED:    April 19, 2011            BARG COFFIN LEWIS & TRAPP, LLP


              /s/ Marc A. Zeppetello              
Marc A. Zeppetello,
Attorneys for BNSF Railway Company,
as successor to The Atchison, Topeka &
Santa Fe Railway Company

| | | |
|---|---|---|
| 1 | DATED:    April 5, 2011 | LAW OFFICES OF SCOTT PERLMAN |
| 2 | | |
| 3 | | ____/s/ Scott Perlman_____<br>Scott Perlman |
| 4 | | Attorneys for Marilyn M. Dietzel, Trustee, as successor to the Estate of Fred R. Bryant |

IT IS SO ORDERED.

Dated:  **April 19, 2011**          **/s/ Oliver W. Wanger**
                                   UNITED STATES DISTRICT JUDGE

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**
**Case No. CV-F-96-5879  OWW/DLB**

2

835489.1