1  CHRISTIAN VOLZ (SBN 139352)
   cvolz@mckennalong.com
2  REBECCA L. WOODSON (SBN 194191)
   rwoodson@mckennalong.com
3  **MCKENNA LONG & ALDRIDGE LLP**
   101 California Street
4  41st Floor
   San Francisco, CA  94111
5  Telephone:   (415) 267-4000
   Facsimile:   (415) 267-4198
6
   Attorneys for Defendant
7  HERCULES INCORPORATED

8

9  **UNITED STATES DISTRICT COURT**

10  **EASTERN DISTRICT OF CALIFORNIA**

11

| | |
|---|---|
| 12  DEPARTMENT OF TOXIC SUBSTANCES CONTROL, | CASE NO. CV F 96-5879 LJO DLB (Consolidated Shafter Cases) |
| 13 | |
| 14       Plaintiff, | **STIPULATION OF DISMISSAL AND ORDER** |
| 15     vs. | FRCP 41(a)(1); Local Rule 143 |
| 16  HERCULES INCORPORATED, *et al.*, | |
| 17       Defendants. | |

18      TO THE HONORABLE COURT AND ALL PARTIES OF RECORD please take

19  notice of the following stipulation and order:

20      WHEREAS, on January 14, 1998, the California Department of Toxic Substances

21  Control ("DTSC") filed its original complaint in the action *DTSC v. Brown & Bryant, Inc., et*

22  *al.*, Case No. CIV-F-98-5050 ("*DTSC Action*") against BNSF Railway Company (formerly The

23  Atchison Topeka & Santa Fe Railway Company) ("BNSF"), Hercules Incorporated

24  ("Hercules"), and others pursuant to the Comprehensive Environmental Response,

25  Compensation and Liability Act ("CERCLA"), 42 U.S.C. §§ 9601, *et seq*.

26      WHEREAS, the Court consolidated the *DTSC Action* with two earlier CERCLA actions

27  which had been filed concerning the Brown & Bryant Shafter site: *Atchison Topeka & Santa Fe*

28  *Railway Co., et al. v. Brown & Bryant, Inc., et al.*, Case No. CIV-F-92-5068; and *Atchison*

*Topeka & Santa Fe Railway Co. v. Hercules Incorporated, et al.*, Case No. CIV-F-96-5879 ("*ATSF v. Hercules Action*"), and directed that "all future pleadings should contain ONLY the LEAD CASE NUMBER OF CIV-F-96-5879 OWW DLB (member case 98-5050 OWW)." (These consolidated actions are referred to herein as the "Consolidated Shafter Cases").

WHEREAS, on or about May 6, 1998, BNSF filed its answer and cross-claim in the DTSC Action, and on or about November 9, 1998, BNSF filed its answer to DTSC's Second Amended Complaint and an amended cross-claim. BNSF's amended cross-claim asserted claims against a number of individuals and entities, but not against Hercules.

WHEREAS, on or about October 30, 1998, Hercules filed its answer in the *DTSC Action*, a counterclaim against DTSC, and a cross-claim against BNSF. DTSC answered the counterclaim on November 20, 1998; BNSF answered the cross-claim on November 23, 1998.

WHEREAS, on or about July 23, 1996, BNSF filed its original complaint against Hercules in the *ATSF v. Hercules Action*, and on or about July 21, 1998 filed a First Amended Complaint.

WHEREAS, on or about August 11, 1998, Hercules filed its answer to the First Amended Complaint in the *ATSF v. Hercules Action*, and on or about October 30, 1998, filed a cross-claim against BNSF.

WHEREAS, on January 5, 2012, a Consent Decree entered in the above-entitled matter among DTSC, BNSF, and Hercules was approved by the Honorable Lawrence J. O'Neill, United States District Judge. A true and correct copy of this Consent Decree is attached hereto and incorporated by reference herein as **Exhibit A.**

WHEREAS, pursuant to the terms of Exhibit A, section 11.2.3 BNSF and Hercules Dismissal of Claims, "Upon the Effective Date of this Consent Decree [January 5, 2012], the Court shall dismiss with prejudice: (1) all claims asserted by BNSF against Hercules in the Consolidated Shafter Cases; and (2) all claims asserted by Hercules against BNSF in the Consolidated Shafter Cases."

NOW THEREFORE, IT IS HEREBY STIPULATED by and between BNSF and Hercules, through their designated counsel, that the claims asserted by Hercules against BNSF

-2-

1   in the Consolidated Shafter Cases be and hereby are dismissed with prejudice pursuant to

2   Federal Rule of Civil Procedure Rule 41(a)(1) and Local Rule 143, with BNSF and Hercules

3   each to bear its own costs and attorneys' fees; and

4        IT IS HEREBY FURTHER STIPULATED by and between BNSF and Hercules,

5   through their designated counsel, that the claims asserted by BNSF against Hercules in the

6   Consolidated Shafter Cases be and hereby are dismissed with prejudice pursuant to Federal Rule

7   of Civil Procedure Rule 41(a)(1) and Local Rule 143, with BNSF and Hercules each to bear its

8   own costs and attorneys' fees.

9

10   Dated: January 31, 2012          MCKENNA LONG & ALDRIDGE LLP

11

12                                   By: /s/ Christian Volz
                                         CHRISTIAN VOLZ
13                                       Attorneys for
                                         HERCULES INCORPORATED
14

15   Dated: January 31, 2012          BARG COFFIN LEWIS & TRAPP LLP

16

17                                   By: /s/ Mark Zeppetello
                                         MARK ZEPPETELLO
18                                       Attorneys for
                                         BNSF RAILWAY COMPANY
19

20   IT IS SO ORDERED.

21

22        Dated:   **February 2, 2012**          **/s/ Lawrence J. O'Neill**
                                           UNITED STATES DISTRICT JUDGE
23

24

25

26

27

28

-3-

SF:27505984.1