CHRISTIAN VOLZ (SBN 139352)
  cvolz@mckennalong.com
REBECCA L. WOODSON (SBN 194191)
  rwoodson@mckennalong.com
**MCKENNA LONG & ALDRIDGE LLP**
101 California Street
41st Floor
San Francisco, CA  94111
Telephone:    (415) 267-4000
Facsimile:    (415) 267-4198

Attorneys for Defendant
HERCULES INCORPORATED

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEPARTMENT OF TOXIC SUBSTANCES CONTROL,<br><br>              Plaintiff,<br><br>      vs.<br><br>HERCULES INCORPORATED, *et al.*,<br><br>              Defendants. | CASE NO. CV F 96-5879 LJO DLB<br>(Consolidated Shafter Cases)<br><br>**STIPULATION OF DISMISSAL AND ORDER**<br><br>FRCP 41(a)(1); Local Rule 143 |

TO THE HONORABLE COURT AND ALL PARTIES OF RECORD please take notice of the following stipulation and order:

WHEREAS, on January 14, 1998, the California Department of Toxic Substances Control ("DTSC") filed its original complaint in the action *DTSC v. Brown & Bryant, Inc., et al.*, Case No. CIV-F-98-5050 ("*DTSC Action*") against BNSF Railway Company (formerly The Atchison Topeka & Santa Fe Railway Company) ("BNSF"), Hercules Incorporated ("Hercules"), and others pursuant to the Comprehensive Environmental Response, Compensation and Liability Act ("CERCLA"), 42 U.S.C. §§ 9601, *et seq*.

WHEREAS, the Court consolidated the *DTSC Action* with two earlier CERCLA actions which had been filed concerning the Brown & Bryant Shafter site: *Atchison Topeka & Santa Fe Railway Co., et al. v. Brown & Bryant, Inc., et al.*, Case No. CIV-F-92-5068; and *Atchison*

1   *Topeka & Santa Fe Railway Co. v. Hercules Incorporated, et al.*, Case No. CIV-F-96-5879
2   ("*ATSF v. Hercules Action*"), and directed that "all future pleadings should contain ONLY the
3   LEAD CASE NUMBER OF CIV-F-96-5879 OWW DLB (member case 98-5050 OWW)."
4   (These consolidated actions are referred to herein as the "Consolidated Shafter Cases").

5   WHEREAS, on or about May 6, 1998, BNSF filed its answer and cross-claim in the
6   DTSC Action, and on or about November 9, 1998, BNSF filed its answer to DTSC's Second
7   Amended Complaint and an amended cross-claim.  BNSF's amended cross-claim asserted
8   claims against a number of individuals and entities, but not against Hercules.

9   WHEREAS, on or about October 30, 1998, Hercules filed its answer in the *DTSC*
10  *Action*, a counterclaim against DTSC, and a cross-claim against BNSF.  DTSC answered the
11  counterclaim on November 20, 1998; BNSF answered the cross-claim on November 23, 1998.

12  WHEREAS, on or about July 23, 1996, BNSF filed its original complaint against
13  Hercules in the *ATSF v. Hercules Action*, and on or about July 21, 1998 filed a First Amended
14  Complaint.

15  WHEREAS, on or about August 11, 1998, Hercules filed its answer to the First
16  Amended Complaint in the *ATSF v. Hercules Action*, and on or about October 30, 1998, filed a
17  cross-claim against BNSF.

18  WHEREAS, on January 5, 2012, a Consent Decree entered in the above-entitled matter
19  among DTSC, BNSF, and Hercules was approved by the Honorable Lawrence J. O'Neill,
20  United States District Judge.  A true and correct copy of this Consent Decree is attached hereto
21  and incorporated by reference herein as **Exhibit A.**

22  WHEREAS, pursuant to the terms of Exhibit A, section 11.2.3 BNSF and Hercules
23  Dismissal of Claims, "Upon the Effective Date of this Consent Decree [January 5, 2012], the
24  Court shall dismiss with prejudice: (1) all claims asserted by BNSF against Hercules in the
25  Consolidated Shafter Cases; and (2) all claims asserted by Hercules against BNSF in the
26  Consolidated Shafter Cases."

27  NOW THEREFORE, IT IS HEREBY STIPULATED by and between BNSF and
28  Hercules, through their designated counsel, that the claims asserted by Hercules against BNSF

-2-

1 | in the Consolidated Shafter Cases be and hereby are dismissed with prejudice pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) and Local Rule 143, with BNSF and Hercules each to bear its own costs and attorneys' fees; and

IT IS HEREBY FURTHER STIPULATED by and between BNSF and Hercules, through their designated counsel, that the claims asserted by BNSF against Hercules in the Consolidated Shafter Cases be and hereby are dismissed with prejudice pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) and Local Rule 143, with BNSF and Hercules each to bear its own costs and attorneys' fees.

Dated: January 31, 2012         MCKENNA LONG & ALDRIDGE LLP


By: /s/ Christian Volz
    CHRISTIAN VOLZ
    Attorneys for
    HERCULES INCORPORATED

Dated: January 31, 2012         BARG COFFIN LEWIS & TRAPP LLP


By: /s/ Mark Zeppetello
    MARK ZEPPETELLO
    Attorneys for
    BNSF RAILWAY COMPANY

IT IS SO ORDERED.

Dated:  **February 2, 2012**         /s/ Lawrence J. O'Neill
                                     UNITED STATES DISTRICT JUDGE

SF:27505984.1