# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEPARTMENT OF TOXIC SUBSTANCES CONTROL,<br><br>                  Plaintiff,<br><br>        vs.<br><br>BROWN & BRYANT, INC., et al.,<br><br>                  Defendants.<br>_____/ | CASE NO. CV F 96-5879 LJO DLB<br><br>**ORDER TO DISMISS DEFENDANT ED BROWN**<br><br>(Doc. 515.) |

   For the reasons stated in plaintiff's motion to dismiss (doc. 515), this Court:

   1.   DISMISSES without prejudice plaintiff's action against defendant Ed Brown; and

   2.   DIRECTS the clerk not to close this action.

   IT IS SO ORDERED.

**Dated:   February 29, 2012**           /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE

1