1

2

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                  **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   DEPARTMENT OF TOXIC                          CASE NO. CV F 96-5879 LJO DLB
     SUBSTANCES CONTROL,
12                                                **ORDER OF INTENT TO DISMISS ANY**
                          Plaintiff,              **REMAINING CLAIMS AND TO CLOSE**
13          vs.                                   **ACTION**

14   BROWN & BRYANT, INC., et al.,

15                          Defendants.

16   _____/

17   AND RELATED ACTIONS.

18   _____/

19

20          Review of the docket indicates that all claims in this action have been adjudicated, settled or

21   abandoned.  As such, this Court intends to dismiss any pending claims and to close this action unless,

22   no later than March 26, 2012, papers are filed to identify the pending claims and plans to prosecute such

23   claims and/or to show good cause why this case should not be closed.

24          IT IS SO ORDERED.

25   **Dated:    March 16, 2012**            _____/s/ Lawrence J. O'Neill_____
                                                   UNITED STATES DISTRICT JUDGE
26

27

28

                                                1