IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEPARTMENT OF TOXIC SUBSTANCES CONTROL, | CASE NO. CV F 96-5879 LJO DLB |
| vs. | **ORDER TO DISMISS REMAINING CLAIMS AND TO CLOSE ACTION** |
| BROWN & BRYANT, INC., et al., | |
| Defendants. / | |
| AND RELATED ACTIONS. / | |

This Court's March 16, 2012 order informed the parties of this Court's intent to dismiss any pending claims and to close this action unless, no later than March 26, 2012, papers were filed to identify the pending claims and plans to prosecute such claims and/or to show good cause why this case should not be closed. No papers were filed to respond to the March 16, 2012 order. As such, this Court DISMISSES any pending claims and directs the clerk to close this action.

IT IS SO ORDERED.

**Dated:   March 27, 2012**          /s/ Lawrence J. O'Neill
                                      UNITED STATES DISTRICT JUDGE

1